# UNITED STATES DISTRICT COURT

для

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Charles T. Hall, Jr.  Docket No. 2:09-CR-2-1BO

### Petition for Action on Probation

COMES NOW Tuell Waters, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles T. Hall, Jr., who, upon an earlier plea of guilty to Willful Infringement of Copyright in violation of 18 U.S.C. § 2319(b)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 21, 2010, to a 60 month term of probation under the standard conditions adopted by the court and the following additional condition:

1. The defendant shall perform 100 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 1, 2011, the defendant admitted to using marijuana during an isolated incident. The probation officer issued a verbal reprimand and a violation report was submitted to the court with no further action taken. On April 11, 2012, Hall tested positive for marijuana and admitted to the use, citing the stress of his struggling business. The defendant accepted responsibility for his poor decision and has expressed remorse for his actions. It is, therefore, respectfully recommended that the conditions of supervision be modified to add two days of intermittent confinement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be intermittently confined in the custody of the Bureau of Prisons for a period not to exceed 2 days, as arranged by the U.S. Probation Office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Charles T. Hall
Docket No. 2:09-CR-2-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: May 17, 2012

ORDER OF COURT

Considered and ordered this ___ day of _____, 2012, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge