# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Charles T. Hall, Jr.                                             Docket No. 2:09-CR-2-1BO

### Petition for Action on Probation

COMES NOW Tuell Waters, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles T. Hall, Jr., who, upon an earlier plea of guilty to Willful Infringement of Copyright in violation of 18 U.S.C. § 2319(b)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 21, 2010, to a 5 year term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 100 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall not possess a firearm or destructive device.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. A monetary penalty of $100.00 special assessment and $672.00 restitution was imposed.

A violation report was submitted on December 6, 2011, informing the court that the defendant admitted to marijuana use on or about November 24, 2011. Hall was verbally reprimanded by the probation officer for this violation conduct. Additionally, on May 26, 2012, probation was modified to include two days of intermittent confinement in response to the marijuana use that occurred on or about November 24, 2011, and Hall's admission to marijuana use following a positive drug screen on April 11, 2012.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 16, 2013, the defendant tested positive on an instant test for the presence of marijuana. The defendant readily admitted that he used marijuana on December 13, 2013, and signed a written admission form. The probation officer issued a verbal reprimand and the defendant accepted responsibility for his actions. It is, therefore, respectfully recommended that the conditions of supervision be modified to add two days of intermittent confinement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Charles T. Hall, Jr.
Docket No. 2:09-CR-2-1BO
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be intermittently confined in the custody of the Bureau of Prisons for a period not to exceed 2 days, as arranged by the U.S. Probation Office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Tuell Waters |
| Dwayne K. Benfield | Tuell Waters |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: January 21, 2014 |

### ORDER OF COURT

Considered and ordered this 21 day of January, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge